IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VANESSA GILL, #263044, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  1:13cv642-WHA |
| | ) |
| BOBBY BARRETT, et al., | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

The Petitioner having consented to the Recommendation of the Magistrate Judge (Doc. #2), entered on October 2, 2013, the court ADOPTS the Recommendation, and it is hereby

ORDERED that this case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).  The clerk is DIRECTED to take the necessary steps to effect the transfer.

DONE this 23rd day of October, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE